Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Megan Nishikawa (Bar No. 271670)
megan.nishikawa@hoganlovells.com
Leen Bukai (Bar No. 359353)
leen.bukai@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

*Attorneys for Plaintiff, KS Mattson Partners, LP*

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California Corporation, et al.<br><br>Debtors. | Case No.: 24-10545 (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Proc. No. 25-01019 |
| In re:<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor. | **STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT**<br><br>[No Hearing Requested] |
| KS MATTSON PARTNERS, LP,<br><br>Plaintiff<br><br>v.<br><br>RANDY SUE POLLOCK,<br><br>Defendant | |

Plaintiff KS Mattson Partners, LP, ("Plaintiff") and Defendant Randy Sue Pollock ("Defendant") (Plaintiff and Defendant, collectively, "the Parties"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS, on October 21, 2025, Plaintiff filed an adversary complaint [Dkt. 1].

HOGAN LOVELLS US LLP
1999 AVENUE OF THE STARS, SUITE 1400
LOS ANGELES, CALIFORNIA 90067

HOGAN LOVELLS US LLP
1999 AVENUE OF THE STARS, SUITE 1400
LOS ANGELES, CALIFORNIA 90067

1    WHEREAS, Defendant's answer or responsive pleading deadline is currently set for

2  November 24, 2025;

3    WHEREAS, the Parties have engaged in negotiations in the hope that they can resolve their

4  disputes without the need for Court intervention and without the expenditure of resources that

5  could otherwise be used in, or toward, settlement.

6    WHEREAS, the Parties have agreed to stipulate as follows:

7                                    **STIPULATION**

8    1.    The Parties hereby agree and stipulate that Defendant's deadline to file a responsive

9  pleading shall be extended by 14 days from the current due date.

10    2.    The Parties hereby agree that Defendant's deadline to file a responsive pleading

11  shall be extended to December 8, 2025.

12  **IT IS SO STIPULATED**                    **NUTI HART LLP**

13  Dated:    November 21, 2025

         By: */s/ Christopher H. Hart*
14            Christopher H. Hart

15         Attorneys for Defendant
16         RANDY SUE POLLOCK

17  Dated:    November 21, 2025        **HOGAN LOVELLS US LLP**

18

19
         By: */s/ Edward J. McNeilly*
20            Edward J. McNeilly

21         Attorneys for Plaintiff

22

23

24

25

26

27

28