

Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Megan Nishikawa (Bar No. 271670)
megan.nishikawa@hoganlovells.com
Leen Bukai (Bar No. 359353)
leen.bukai@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

**The following constitutes the order of the Court.**
**Signed: November 21, 2025**

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

*Attorneys for Plaintiff, KS Mattson Partners, LP*

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>LEFEVER MATTSON, a California Corporation, et al.<br>Debtors. | Case No.: 24-10545 (Lead Case)<br>(Jointly Administered)<br>Chapter 11 |
| In re:<br>KS MATTSON PARTNERS, LP,<br>Debtor. | Adv. Proc. No. 25-01019 |
| KS MATTSON PARTNERS, LP,<br>Plaintiff<br>v.<br>RANDY SUE POLLOCK,<br>Defendant | **ORDER APPROVING THE STIPULATION TO EXTEND DEADLINE TO FILE ANSWER TO COMPLAINT**<br><br>[No Hearing Requested] |

Order Approving Stipulation to Extend Time to Answer

The Court having reviewed the *Stipulation to Extend Deadline to File Answer to Complaint* (the "Stipulation") between Plaintiff KS Mattson Partners, LP and Defendant Randy Sue Pollock ("Defendant"), filed on November 21, 2025, after due deliberation and sufficient cause appearing therefor:

IT IS HEREBY ORDERED THAT:

1. Defendant's deadline to file a responsive pleading shall be extended by 14 days from the current due date.

2. Defendant's deadline to file a responsive pleading shall be extended to December 8, 2025.

***END OF ORDER***

# COURT SERVICE LIST

ECF Parties

Mail service will be handled by counsel.