Gregory C. Nuti (CA SBN 151754)
Christopher H. Hart (CA SBN 184117
Kevin W. Coleman (CA SBN 168538)
NUTI HART LLP
6232 La Salle Avenue, Suite D
Oakland, CA 94611
Telephone: 510-506-7152
Email: gnuti@nutihart.com
chart@nutihart.com
kcoleman@nutihart.com
Attorneys for Defendant
RANDY SUE POLLOCK, an individual

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California Corporation, et al.<br><br>Debtors. | Case No.: 24-10545 (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>Adv. Proc. No. 25-01019 |
| In re:<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor. | **ANSWER TO COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRANDULENT TRANSFER** |
| KS MATTSON PARTNERS, LP,<br><br>Plaintiff<br><br>v.<br><br>RANDY SUE POLLOCK,<br><br>Defendant | |

Defendant Randy Sue Pollock ("Defendant"), by and through her counsel of record, hereby responds to the Complaint, as follows:

**JURISDICTION AND VENUE**

Case: 25-01019 Doc# 7 Filed: 12/22/25 Entered: 12/22/25 11:56:11 Page 1 of 9

1. The allegations contained in Paragraph 1 of the Complaint are legal conclusions to which no response is necessary.

2. The allegations contained in Paragraph 2 of the Complaint are legal conclusions to which no response is necessary.

3. The allegations contained in Paragraph 3 of the Complaint are legal conclusions to which no response is necessary.

4. The allegations contained in Paragraph 4 of the Complaint are legal conclusions to which no response is necessary.

**THE PARTIES**

5. The allegations, if any, contained in Paragraph 5 of the Complaint are legal conclusions to which no response is necessary.

6. Defendant admits that is the address of her office. The cited quotation speaks for itself.

**NATURE OF THE ACTION**

7. The allegations, if any, contained in Paragraph 7 of the Complaint are legal conclusions to which no response is necessary.

8. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint and therefore denies the same.

9. Defendant admits that she was retained in or around May 2024. Defendant denies knowledge or information sufficient to form a belief as to the truth of the other allegations contained in Paragraph 9 of the Complaint and therefore denies the same.

10. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint and therefore denies the same.

**STATEMENT OF FACTS RELEVANT TO ALL CLAIMS FOR RELIEF**

11. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint and therefore denies the same.

NUTI HART LLP
6232 LA SALLE AVENUE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

Case: 25-01019 Doc# 7 Filed: 12/22/25 Entered: 12/22/25 11:56:11 Page 2 of 9

12. The allegations contained in Paragraph 12 of the Complaint are legal conclusions to which no response is necessary.

13. The allegations contained in Paragraph 13 of the Complaint are legal conclusions to which no response is necessary.

14. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and therefore denies the same.

Paragraphs 15-19 appear to be missing.

20. The allegations contained in Paragraph 20 of the Complaint are legal conclusions to which no response is necessary. The Indemnification Agreement speaks for itself.

21. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint and therefore denies the same.

22. Denied on the grounds that the averments are directed at a party other than Defendant to which no response from Defendant is required. Defendant denies the allegations, if any, contained in Paragraph 22 of the Complaint. The cited document speaks for itself.

23. Denied on the grounds that the averments are directed at a party other than Defendant to which no response from Defendant is required. Defendant denies the allegations, if any, contained in Paragraph 23 of the Complaint. The cited document speaks for itself.

24. To the extent the allegations contained in Paragraph 24 purport to state a claim against Defendant, Defendant denies said allegations. The cited document speaks for itself.

25. Defendant admits that she contacted the SEC on that date and confirmed receipt of a document preservation request. To the extent the other allegations contained in Paragraph 25 purport to state a claim against Defendant, Defendant denies said allegations.

26. Defendant admits that Mr. Mattson filed the sworn statement cited in Paragraph 26.

27. Denied on the grounds that the averments are directed at a party other than Defendant to which no response from Defendant is required. Defendant denies knowledge or

NUTI HART LLP
6232 LA SALLE AVENUE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

Case: 25-01019 Doc# 7 Filed: 12/22/25 Entered: 12/22/25 11:56:11 Page 3 of 9

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint and therefore denies the same.

28. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint and therefore denies the same.

29. Denied on the grounds that the averments are directed at a party other than Defendant to which no response from Defendant is required.

30. Denied on the grounds that the averments are directed at a party other than Defendant to which no response from Defendant is required.

31. To the extent the other allegations contained in Paragraph 31 purport to state a claim against Defendant, Defendant denies said allegations.

32. Defendant admits to generally knowing that lawsuits were filed but denies knowledge or information sufficient to form a belief as to whether the lawsuits arouse a "scheme."

33. Denied on the grounds that the averments are directed at a party other than Defendant to which no response from Defendant is required. Defendant denies the allegations, if any, contained in Paragraph 33 of the Complaint. The cited document speaks for itself.

34. Admit.

35. Defendant admits the SEC filed a complaint on that date. The cited document speaks for itself.

35. The Complaint contains duplicate paragraphs 35. Defendant denies the allegations in Paragraph 35(2).

36. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint and therefore denies the same.

**FIRST CLAIM FOR RELIEF**

37. Defendant incorporates by reference all preceding paragraphs as forth herein.

NUTI HART LLP
6232 LA SALLE AVENUE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

Case: 25-01019 Doc# 7 Filed: 12/22/25 Entered: 12/22/25 11:56:11 Page 4 of 9

38. The allegations contained in Paragraph 38 of the Complaint are legal conclusions to which no response is necessary.

39. The Defendant denies the allegations contained in Paragraph 39 of the Complaint.

40(a). Defendant denies the allegations set forth in Paragraph 40(a) of the Complaint.

40(b). Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40(b) of the Complaint and therefore denies the same.

40(c). Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40(c) of the Complaint and therefore denies the same.

40(d). Denied on the grounds that the averments are directed at a party other than Defendant to which no response from Defendant is required.

40(e). Defendant denies the allegations in Paragraph 40(e) of the Complaint.

40(f). The allegations contained in Paragraph 40(f) of the Complaint are legal conclusions to which no response is necessary.

40(g). Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40(g) of the Complaint and therefore denies the same.

41. Defendant denies the allegations contained in Paragraph 41 of the Complaint.

42. The allegations contained in Paragraph 42 of the Complaint are legal conclusions to which no response is necessary.

**SECOND CLAIM FOR RELIEF**

43. Defendant incorporates by reference all preceding paragraphs as forth herein.

44. The allegations contained in Paragraph 43 of the Complaint are legal conclusions to which no response is necessary.

45. The Defendant denies the allegations contained in Paragraph 39 of the Complaint.

46(a). Defendant denies the allegations set forth in Paragraph 46(a) of the Complaint.

NUTI HART LLP
6232 LA SALLE AVENUE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

Case: 25-01019 Doc# 7 Filed: 12/22/25 Entered: 12/22/25 11:56:11 Page 5 of 9

46(b). Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46(b) of the Complaint and therefore denies the same.

46(c). Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46(c) of the Complaint and therefore denies the same.

46(d). Denied on the grounds that the averments are directed at a party other than Defendant to which no response from Defendant is required.

46(e). Defendant denies the allegations in Paragraph 46(e) of the Complaint.

46(f). The allegations contained in Paragraph 46(f) of the Complaint are legal conclusions to which no response is necessary.

46(g). Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46(g) of the Complaint and therefore denies the same.

47. Defendant denies the allegations contained in Paragraph 47 of the Complaint.

48. The allegations contained in Paragraph 42 of the Complaint are legal conclusions to which no response is necessary.

**THIRD CLAIM FOR RELIEF**

49. Defendant incorporates by reference all preceding paragraphs as forth herein.

50. The allegations contained in Paragraph 50 of the Complaint are legal conclusions to which no response is necessary.

51. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Complaint and therefore denies the same.

52. Defendant denies the allegations contained in Paragraph 52 of the Complaint.

53. Defendant denies the allegations contained in Paragraph 53 of the Complaint.

54. The allegations contained in Paragraph 54 of the Complaint are legal conclusions to which no response is necessary.

NUTI HART LLP
6232 LA SALLE AVENUE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

Case: 25-01019 Doc# 7 Filed: 12/22/25 Entered: 12/22/25 11:56:11 Page 6 of 9

## FOURTH CLAIM FOR RELIEF

55. Defendant incorporates by reference all preceding paragraphs as forth herein.

56. The allegations contained in Paragraph 56 of the Complaint are legal conclusions to which no response is necessary.

57. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint and therefore denies the same.

58. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint and therefore denies the same.

59. Defendant denies the allegations contained in Paragraph 59 of the Complaint.

60. Defendant denies the allegations contained in Paragraph 60 of the Complaint.

61. The allegations contained in Paragraph 61 of the Complaint are legal conclusions to which no response is necessary.

## FIFTH CLAIM FOR RELIEF

62. Defendant incorporates by reference all preceding paragraphs as forth herein.

63. Defendant denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint and therefore denies the same.

64. The allegations contained in Paragraph 64 of the Complaint are legal conclusions to which no response is necessary.

65. The allegations contained in Paragraph 65 of the Complaint are legal conclusions to which no response is necessary.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint should be dismissed as Plaintiff fails to state a claim upon which relief may be granted.

///

NUTI HART LLP
6232 LA SALLE AVENUE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

Case: 25-01019 Doc# 7 Filed: 12/22/25 Entered: 12/22/25 11:56:11 Page 7 of 9

SECOND AFFIRMATIVE DEFENSE

Any transfer, if any, made to Defendant did not enable Defendant to receive more than Defendant would receive if the bankruptcy case was a case under chapter 7 of title 11, any such transfer had not been made, and Defendant received payment of such debt to the extent provided by the provisions of title 11.

THRID AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recover attorneys' fees, interest or costs as a matter of law.

FOURTH AFFIRMATIVE DEFENSE

Defendant was a good faith transferee under 11 U.S.C. §550. Accordingly, the Plaintiff may not recover the subject transfer(s) pursuant to 11 U.S.C. §550(b), *et al*.

FIFTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim under 11 U.S.C. §548, because among others, there was no intent to hinder, delay or defraud creditors, and the transferor and plaintiff in this action, received reasonably equivalent value.

SIXTH AFFIRMATIVE DEFENSE

Defendant is still investigating the facts underlying the allegations in the Complaint. As such, Defendant may have other affirmative defenses to the Complaint as investigation continues and, accordingly, Defendant reserves the right to amend this Answer to plead any such additional defenses at such time as may be appropriate under the circumstances.

Dated: December 22, 2025

**NUTI HART LLP**

By: */s/ Christopher H. Hart*
Christopher H. Hart

Attorneys for Defendant
RANDY SUE POLLOCK

NUTI HART LLP
6232 LA SALLE AVENUE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

Case: 25-01019 Doc# 7 Filed: 12/22/25 Entered: 12/22/25 11:56:11 Page 8 of 9

**PROOF OF SERVICE**

I, Christopher H. Hart, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am an attorney at law, admitted to practice in the above-referenced Court and am counsel to the Plaintiff. I am a partner with Nuti Hart LLP, and my business address is 6232 La Salle Ave, Suite D, Oakland, California 94611.

I served the following documents:

**ANSWER TO COMPLAINT FOR AVOIDANCE AND RECOVERY OF FRANDULENT TRANSFER**

by the following means:

☑ BY EMAIL & ELECTRONIC SERVICE. On August 25, 2025, I caused the document(s) to be e-mailed to the parties and e-mail addresses set forth below. I did not receive any failed transmission notices within a reasonable time after the transmission or other indication that the transmissions were unsuccessful.

Richard.wynne@hoganlovells.com
Erin.brady@hoganlovells.com
Edward.mcneilly@hoganlovells.com

Executed on December 22, 2025, in my office in Oakland, California

*/s/ Christopher H. Hart*
Christopher H. Hart

NUTI HART LLP
6232 LA SALLE AVENUE, SUITE D
OAKLAND, CA 94611
TELEPHONE: 510-506-7152

Case: 25-01019 Doc# 7 Filed: 12/22/25 Entered: 12/22/25 11:56:11 Page 9 of 9