Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Megan Nishikawa (Bar No. 271670)
megan.nishikawa@hoganlovells.com
Leen Bukai (Bar No. 359353)
leen.bukai@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

*Attorneys for Plaintiff, KS Mattson Partners, LP*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON, a California corporation, et al.<br><br>               Debtors.[1]<br>_____<br>In re<br><br>KS MATTSON PARTNERS, LP,<br><br>               Debtor.<br>_____<br>KS MATTSON PARTNERS, LP,<br><br>               Plaintiff<br>    v.<br>RANDY SUE POLLOCK, an individual,<br><br>               Defendant. | Case No. 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br><br>Adv. Pro. No. 1:25-ap-01019 (CN)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**<br><br>**Hearing Information**<br>Date: January 7, 2026<br>Time: 11:00 a.m.<br>Place: 1300 Clay Street, Room 215<br>In Person or Tele/Video Conf.<br>Judge: Hon. Charles Novack |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

---
STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES
\\4140-5025-4948 v1

This Stipulation is made between Debtor KS Mattson Partners, LP ("Plaintiff") and defendant Randy Sue Pollock ("Defendant" and, together with Plaintiff, the "Parties" and each, a "Party") in the above-captioned adversary proceeding (the "Adversary Proceeding").

## BACKGROUND

A. On October 21, 2025, Plaintiff filed its *Complaint for Avoidance and Recovery of Fraudulent Transfer* [Dkt. No. 1] (the "Complaint").

B. On October 23, 2025, the Court issued the summons and set an initial scheduling conference in the Adversary Proceeding for January 7, 2026 at 11:00 a.m. [Dkt. No. 3].

C. On October 23, 2025, the Court entered the *Order re: Initial Disclosures and Discovery Conference* [Dkt. No. 3] (the "Scheduling Order"), which set December 31, 2025 as the deadline for the parties to file a joint discovery plan (the "Discovery Plan").

D. On December 22, 2025, following formal and informal extensions of time, Defendant answered the Complaint [Dkt. No. 7].

E. The Parties have informally met and conferred regarding the possibility of settlement and have held the formal discovery conference required by the Scheduling Order and the applicable Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

F. To further facilitate such discussions, the Parties desire to continue the Scheduling Conference and related deadlines as follows:

**IS IT HEREBY STIPULATED THAT**:

1. The Discovery Plan currently due to be filed by December 31, 2025 shall be filed by January 14, 2026.

2. The Scheduling Conference shall be continued from January 7, 2026 at 11:00 a.m. to January 21, 2026 at 11:00 a.m.

3. A proposed order requesting approval of this Stipulation shall be promptly uploaded concurrently with the filing of this Stipulation.

[*Signature Pages Follow*]

| | | |
|---|---|---|
| Dated: December 29, 2025 | | HOGAN LOVELLS US LLP |
| | | */s/ Richard L. Wynne* |
| | | Richard L. Wynne |
| | | *Attorneys for Plaintiff KS Mattson Partners, LP* |
| Dated: December 29, 2025 | | NUTI HART LLP |
| | | */s/ Christopher H. Hart* |
| | | Christopher H. Hart |
| | | *Attorneys for Defendant Randy Sue Pollock* |