

**The following constitutes the order of the Court.
Signed: December 29, 2025**

_____
**Charles Novack
U.S. Bankruptcy Judge**

Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Megan Nishikawa (Bar No. 271670)
megan.nishikawa@hoganlovells.com
Leen Bukai (Bar No. 359353)
leen.bukai@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

*Attorneys for Plaintiff, KS Mattson Partners, LP*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re<br>LEFEVER MATTSON, a California corporation, et al.<br>Debtors.[1] | Case No. 24-10545 CN (Lead Case)<br>(Jointly Administered)<br>Chapter 11 |
| In re<br>KS MATTSON PARTNERS, LP, | Adv. Pro. No. 1:25-ap-01019 (CN) |

---

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

---

|  |
| --- |
| Debtor. |
| KS MATTSON PARTNERS, LP, |
| Plaintiff |
| v. |
| RANDY SUE POLLOCK, an individual, |
| Defendant. |

**ORDER APPROVING STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DEADLINES**

**Hearing Information**
Date: January 7, 2026
Time: 11:00 a.m.
Place: 1300 Clay Street, Room 215
In Person or Tele/Video Conf.
Judge: Hon. Charles Novack

The Court having reviewed the *Stipulation to Continue Scheduling Conference and Related Deadlines* [Dkt. No. 8] (the "Stipulation")[2] and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Stipulation is approved.

2. The Discovery Plan currently due to be filed by December 31, 2025 shall be filed by January 14, 2026.

3. The Scheduling Conference shall be continued from January 7, 2026 at 11:00 a.m. to January 21, 2026 at 11:00 a.m.

***END OF ORDER***

---

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to such terms in the Stipulation.

**COURT SERVICE LIST**

ECF Parties

Mail service will be handled by counsel.