

The following constitutes the order of the Court.
Signed: January 22, 2026

_____
**Charles Novack**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LEFEVER MATTSON, a California Corporation,<br><br>    Debtor.<br><br>In re:<br><br>KS MATTSON PARTNERS, LP,<br><br>    Debtor. | Case No. 24-10545 CN (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| KS MATTSON PARTNERS, LP,<br><br>    Plaintiff,<br><br>vs.<br><br>RANDY SUE POLLOCK, an individual,<br><br>    Defendant. | Adversary No. 25-1019 CN<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

On January 21, 2025, the court conducted a continued status conference.

Appearances were stated on the record. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. The court accepts the deadlines in the parties' joint discovery plan. The discovery cutoff is **April 30, 2026.** If there is a discovery dispute, the parties shall meet and confer by phone or in person. If the dispute is not resolved, the moving party shall file a discovery dispute letter of no more than 5 pages, describing the discovery dispute. This letter shall be served on the opposing party by fax or email. Moving party shall call chambers to advise that the letter has been filed. The court may then contact opposing counsel and request that counsel file a letter in response. The court will then set a telephonic hearing on the discovery dispute. Any discovery dispute letter must be filed and served no later than 5 days after the close of discovery.
2. Initial Disclosures under Federal Rule 26(f)(3)(A) are due by **January 30, 2026.**
3. The status conference is continued to **May 6, 2026** at **11:00 a.m.** via Tele/Conference and in courtroom 215 of the United States Bankruptcy Court, 1300 Clay Street, Oakland, California.

***END OF ORDER***

Adversary No. 25-1019 CN

## COURT SERVICE LIST

Recipients are ECF participant