Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Megan Nishikawa (Bar No. 271670)
megan.nishikawa@hoganlovells.com
Leen Bukai (Bar No. 359353)
leen.bukai@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

*Attorneys for Plaintiff*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON,<br><br>               Consolidated Debtor | Case No. 24-10545 CN<br><br>(Consolidated Debtor)<br><br>Chapter 11 |
| LEFEVER MATTSON,<br><br>              Plaintiff<br>    v.<br>RANDY SUE POLLOCK, an individual,<br><br>              Defendant. | Adv. Pro. No. 1:25-ap-01019 (CN)<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES** |

---

This Stipulation is made between Consolidated Debtor, LeFever Mattson ("Plaintiff") and defendant Randy Sue Pollock ("Defendant" and, together with Plaintiff, the "Parties" and each, a "Party") in the above-captioned adversary proceeding (the "Adversary Proceeding").

**BACKGROUND**

A. On October 21, 2025, KS Mattson Partners, LP ("KSMP") filed its *Complaint for Avoidance and Recovery of Fraudulent Transfer* [Dkt. No. 1].

B. On January 14, 2026, the Parties filed their *Joint Discovery Plan Pursuant to Fed. R. Civ. P. 26 and Bankruptcy Rule 7026* [Dkt. No. 11], which proposed completion of fact discovery by April 30, 2026.

C. On January 22, 2026, the Court signed the *Order Continuing Status Conference* [Dkt. No. 14], in which the Court set the discovery deadline for April 30, 2026.

D. On March 6, 2026, the Court entered the *Order Substantively Consolidating Debtors and KSMP Investment Entities and Granting Related Relief* [Case No. 24-20545, Dkt. No. 3914], which substantively consolidated KSMP, the other debtors in the chapter 11 cases and certain non-debtor entities and their estates into the estate of consolidated debtor, LeFever Mattson.

E. The Parties have met and conferred regarding the possibility of settlement.

F. To further facilitate such discussions, the Parties desire to continue the discovery deadlines as follows:

**IS IT HEREBY STIPULATED THAT**:

1. The deadline to complete fact discovery shall be continued from **April 30, 2026** to **July 31, 2026**.

2. A proposed order requesting approval of this Stipulation shall be promptly uploaded concurrently with the filing of this Stipulation.

[*Signature Pages Follow*]

1

Case: 25-01019    Doc# 15    Filed: 04/20/26    Entered: 04/20/26 16:39:13    Page 2 of 3

Dated: April 20, 2026                    HOGAN LOVELLS US LLP

                                         */s/ Edward J. McNeilly*
                                         Edward J. McNeilly
                                         Richard L. Wynne

                                         *Attorneys for Plaintiff*


Dated: April 20, 2026                    NUTI HART LLP

                                         */s/ Christopher H. Hart*
                                         Christopher H. Hart

                                         *Attorneys for Defendant Randy Sue Pollock*

2
_____
_____
JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES