

Richard L. Wynne (Bar No. 120349)
richard.wynne@hoganlovells.com
Erin N. Brady (Bar No. 215038)
erin.brady@hoganlovells.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Megan Nishikawa (Bar No. 271670)
megan.nishikawa@hoganlovells.com
Leen Bukai (Bar No. 359353)
leen.bukai@hoganlovells.com
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

*Attorneys for Plaintiff*

The following constitutes the order of the Court.
Signed: April 21, 2026

_____

**Charles Novack**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SANTA ROSA DIVISION

In re

LEFEVER MATTSON,

Consolidated Debtor

_____

LEFEVER MATTSON,

Plaintiff

v.

RANDY SUE POLLOCK, an individual,

Defendant.

Case No. 24-10545 CN

(Consolidated Debtor)

Chapter 11

Adv. Pro. No. 1:25-ap-01019 (CN)

**ORDER APPROVING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES**

The Court having reviewed the *Joint Stipulation to Extend Discovery Deadlines* [Dkt. No. 15] (the "Stipulation") between plaintiff, Consolidated Debtor, LeFever Mattson, and defendant Randy Sue Pollock and good cause appearing therefor,

**IS IT HEREBY ORDERED THAT**:

1.     The Stipulation is approved.

2.     The deadline to complete fact discovery shall be continued from **April 30, 2026** to **July 31, 2026**.

*** END OF ORDER ***

Approved as to Form:

NUTI HART LLP

*/s/ Christopher H. Hart*
Christopher H. Hart
*Attorneys for Defendant*
*Randy Sue Pollock*

1

**COURT SERVICE LIST**

ECF Parties

Mail service will be handled by counsel.