Richard L. Wynne (Bar No. 120349)
richard.wynne@hlc.com
Erin N. Brady (Bar No. 215038)
erin.brady@hlc.com
Edward J. McNeilly (Bar No. 314588)
edward.mcneilly@hoganlovells.com
HOGAN LOVELLS CADWALADER US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601

Megan Nishikawa (Bar No. 271670)
megan.nishikawa@hlc.com
Leen Bukai (Bar No. 359353)
leen.bukai@hlc.com
HOGAN LOVELLS CADWALADER US LLP
4 Embarcadero Ctr., Ste 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499

*Attorneys for Plaintiff*
*KS Mattson Partners, LP*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>LEFEVER MATTSON, a California corporation, et al.<br><br>Debtors.[1] | Case No. 24-10545 (HLB) (Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11 |
| In re<br><br>KS MATTSON PARTNERS, LP,<br><br>Debtor. | Adv. Pro. No. 1:25-ap-01019 (HLB)<br><br>**CERTIFICATE OF SERVICE** |
| KS MATTSON PARTNERS, LP,<br><br>Plaintiff<br><br>v.<br><br>RANDY SUE POLLOCK, an individual,<br><br>Defendant. | |

[1] The last four digits of LeFever Mattson's tax identification number are 7537. The last four digits of the tax identification number for KS Mattson Partners, LP ("KSMP") are 5060. KSMP's address for service is c/o Stapleton Group, 514 Via de la Valle, Solana Beach, CA 92075. The address for service on LeFever Mattson and all other Debtors is 6359 Auburn Blvd., Suite B, Citrus Heights, CA 95621. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/LM.

KRISTEL GELERA

1.    I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. I am employed by Hogan Lovells US LLP and my business address is 855 Main St, Suite 200, Redwood City, California 94063.

2.    I certify that on July 20, 2026, the following documents were served by the court via NEF and hyperlink to the documents on the parties listed on the annexed **Exhibit A**:

    *a. NOTICE OF SUBSTITUTION OF COUNSEL* [ECF No. 19].

3.    I further certify that on July 20, 2026, I served the aforementioned documents via First-Class Mail on the parties listed on the annexed **Exhibit A.**

Redwood City, California                     /s/ *Kristel Gelera*

Dated: July 20, 2026                        Kristel Gelera

Case: 25-01019   Doc# 20   Filed: 07/20/26   Entered: 07/20/26 14:48:30   Page 2 of 3

<u>**EXHIBIT A**</u>

*Served via NEF*

- **Christopher Hart**    chart@nutihart.com
- **Richard L. Wynne**    richard.wynne@hlc.com

*Served via First-Class Mail*

| | |
|---|---|
| 286 Santa Clara Avenue<br>Oakland, CA 94610 | **Randy Sue Pollock** |
| Christopher H. Hart<br>Gregory C. Nuti<br>Kevin W. Coleman<br>NUTI HART LLP<br>6232 La Salle Ave, Suite D<br>Oakland, CA 94611<br>Telephone: 510-506-7152 | **Attorney for Randy Sue Pollock** |
| U.S. Trustee<br>Office of the U.S. Trustee / SR<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | **Attorney for U.S. Trustee**<br>Jared A. Day<br>Office of the U.S. Trustee<br>300 Booth St. #3009<br>Reno, NV 89509<br>(775) 784-5335<br>Email: jared.a.day@usdoj.gov<br><br>**Attorney for U.S. Trustee**<br>Deanna K. Hazelton DOJ-Ust<br>2500 Tulare Street<br>Ste 1401<br>Fresno, CA 93721<br>559-487-5588<br>Email: deanna.k.hazelton@usdoj.gov<br><br>**Attorney for U.S. Trustee**<br>Phillip John Shine DOJ-Ust<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102<br>408-535-5525<br>Fax :408-535-5532<br>408-535-5532<br>Email: phillip.shine@usdoj.gov |

3